UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:19-CV-60768

FRANCES TORRES, individually
and on behalf of all others similarly situated,

       Plaintiff,

v.

CONTOURE LASER BODY SCULPTING
& COSMETIC CENTER, LLC,

       Defendant.
_____/

**DEFENDANT CONTOURE LASER BODY SCUPLTING & COSMETIC CENTER, LLC
NOTICE TO CLIENT AND MOTION FOR SUBSTITUTION OF COUNSEL**
(Rule 7.1 and Rule 11.1(d) (3) Certificate Attached)

Defendant, CONTOURE LASER BODY SCUPLTING & COSMETIC CENTER, LLC, moves to substitute the law firm of Wicker Smith O'Hara McCoy & Ford, P.A., 515 E Las Olas Blvd, Suite 1400, Fort Lauderdale, FL 33301-4250 as counsel of record for Defendant, CONTOURE LASER BODY SCUPLTING & COSMETIC CENTER, LLC, and to permit Matthew Brinegar, Esq. to withdraw from its representation. All further pleadings and correspondence to Defendant, CONTOURE LASER BODY SCUPLTING & COSMETIC CENTER, LLC, should be sent to Wicker Smith O'Hara McCoy & Ford, P.A., 515 E Las Olas Blvd, Suite 1400, Fort Lauderdale, FL 33301-4250.

As grounds for this Motion:

1. Matthew A. Brinegar has been counsel for the Defendant since the commencement of this case.
2. Matthew A. Brinegar wishes to withdraw as counsel for the Defendant.
3. Defendant understands and accepts the withdrawal of Matthew A. Brinegar
4. Because this case is still in the preliminary stages of the proceeding, Defendant will not be prejudiced by his withdrawing from this action.

5. Pursuant to Local Rules 7.1 and 11.1(d), Defendant and opposing counsel have had the requisite notice of Matthew A. Brinegar's intention to withdraw prior to the filing of this motion.

6. Jordan S. Cohen is licensed to practice in the Southern District of Florida, and requests that he be designated Counsel of Record on behalf of Defendant.

7. Jordan S. Cohen and Defendant are in agreement that this substitution is necessary to allow the case to proceed.

THEREFORE, the Court should grant Matthew A. Brinegar's Motion for Substitution of Counsel.

Dated: July 12, 2019.                                             Dated: July 12, 2019.

By /s/ Matthew A. Brinegar
Matthew A. Brinegar (Florida Bar 826111)
The Brinegar Law Firm
1901 Harrison Street, 14th Floor
Oakland, CA 94612
Telephone: 415-735-6856
Facsimile: 415-520-9287
Email: mbrinegar@brinegarlaw.com

**Wicker Smith O'Hara McCoy & Ford, P.A.**
515 E Las Olas Blvd,. Suite 1400
Fort Lauderdale, FL 33301-4250
Telephone: 954-847-4800
Facsimile: 954-760-9353


By /s/ Jordan S. Cohen
Jordan S. Cohen
Florida Bar Number 551872
jcohen@wickersmith.com

## **RULE 7.1 and RULE 11.1(d)(3)CERTIFICATE**

I HEREBY CERTIFY that on July 12, 2019, I e-mailed Plaintiff's counsel, Jibrael Hindi, Esquire, to determine whether Plaintiff objected to the relief requested in this motion. He informed me that his client would oppose the substitution of counsel. He did not disclose the reasons for doing so in his email.

I FURTHER CERTIFY that on July 11, 2019 I spoke with Defendant and it understands and accepts the withdrawal of Matthew A. Brinegar as counsel in this matter.

                                                  By /s/ Matthew A. Brinegar
                                                    Matthew A. Brinegar

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 12, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record to the following service list:

| | |
|---|---|
| Jibrael S. Hindi, Esq. | *Counsel for Plaintiff* |
| The Law Offices of Jibrael S. Hindi | |
| 110 SE 6th Street, Suite 1744 | |
| Fort Lauderdale, Florida 33301 | |
| Email: jibrael@jibraellaw.com | |

By /s/ Matthew A. Brinegar
Matthew A. Brinegar

4