92552-7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No. 19-cv-60768-RKA

FRANCIS TORRES, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

CONTOURE LASER BODY
SCULPTING & COSMETICS
CENTER, LLC, a Florida limited
liability company,

    Defendant.
_____/

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY

COMES NOW Defendant Contoure Laser Body Sculpting & Cosmetics Center, LLC ("Defendant"), by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1)(A), and files this Motion for Enlargement of Time to Respond to Discovery, and as grounds therefore states the following:

Plaintiff Francis Torres ("Plaintiff") filed this action on March 25, 2019 alleging violations of the Telephone Consumer Protection Act ("TCPA"), citing a single text message about scheduling. (D.E. 1). Defendant, represented by Matthew A. Brinegar, Esq. of The Brinegar Law Firm filed an Answer and Affirmative Defenses. (D.E. 7). On June 17, 2019, Plaintiff propounded his First Set of Discovery Requests on Defendant, which included interrogatories, requests for production, and requests for admissions. The discovery responses are due July 17, 2019. *See* Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A), 36(a)(3).

CASE NO. 0:19-cv-60768-RKA

On July 12, 2019, Defendant moved to substitute Jordan S. Cohan, Esq. of Wicker Smith O'Hara McCoy & Ford, P.A. ("Wicker Smith") for Matthew A. Brinegar as counsel for Defendant, (D.E. 16), which motion the Court granted on July 15, 2019. (D.E. 19) (docketed July 16, 2019). Also on July 15th, Jordan S. Cohen and Ethan A. Arthur, Esq. of Wicker Smith, filed appearances on behalf of Defendant. (D.E. 17 & 18). In light of the appearance of new counsel, Defendant seeks a modest, twenty (20) day enlargement of time to respond to discovery, with a new response deadline of August 6, 2019.

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), a "court may, for good cause" extend a deadline "before the original time or its extension has passed." Fed. R. Civ. P. 6(b)(1)(A). "'Good cause' is a mutable standard, varying from situation to situation. It is also a liberal one—but not so elastic as to be devoid of substance." *Compania Interamericana Exp.-Imp., S.A. v. Compania Dominicana de Aviacion*, 88 F.3d 948, 951 (11th Cir. 1996) (citation omitted) (discussing the "good cause" standard in the context of setting aside a default judgment). Further, "district court[s] [have] 'broad discretion' over pre-trial matters such as discovery and scheduling." *Moore v. Potter*, 141 F. App'x 803, 807 (11th Cir. 2005) (citation omitted).

Here, the instant Motion is filed before the July 17th response deadline has passed. Thus, Defendant need only show good cause to support its requested enlargement of time. Indeed, good cause exists for Defendant's requested enlargement. Defendant recently retained new counsel who filed their notices of appearance on July 15, 2019. Because the undersigned counsel recently filed their appearances in this action, such counsel need additional time to investigate the case and respond to Plaintiff's requested discovery. Plaintiff will suffer no prejudice if the Court

CASE NO. 0:19-cv-60768-RKA

permits the requested twenty (20) day enlargement of time since no scheduling order has been issued and no trial date has been set. Defendant's requested enlargement of time will not interfere with any Court-imposed deadline. Accordingly, the Court should exercise its broad discretion to enlarge the time in which Defendant must respond to respond to Plaintiff's discovery requests by twenty (20) days.

WHEREFORE, Defendant Contoure Laser Body Sculpting & Cosmetics Center, LLC, respectfully requests the Court to grant this Motion and enlarge the time in which Defendant must respond to Plaintiff's discovery, setting the deadline for Defendant to respond to Plaintiff's First Set of Discovery Requests to Defendant to August 6, 2019; and grant any further relief this Court deems just and proper.

Respectfully submitted this 16th day of July, 2019.

/s/ Ethan A. Arthur
Jordan S. Cohen, Esquire
Florida Bar No. 551872
Jcohen@wickersmith.com
Ethan A. Arthur, Esquire
Florida Bar No.119054
earthur@wickersmith.com
WICKER SMITH O'HARA MCCOY & FORD, P.A.
Attorneys for Contoure Laser Body Sculpting & Cosmetics Center, LLC
515 E. Las Olas Boulevard
SunTrust Center, Suite 1400
Ft. Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353


CASE NO. 0:19-cv-60768-RKA

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that Defendant's counsel conferred with Plaintiff's counsel on July 15 and 16, 2019 in an effort to resolve this matter. Plaintiff's counsel has taken inconsistent positions with respect to Defendant's requested relief. Accordingly, despite conferring in a good-faith effort to resolve this matter, Defendant's counsel cannot certify that Plaintiff does or does not oppose the relief requested herein.

/s/ Ethan A. Arthur
Ethan A. Arthur, Esquire
Florida Bar No.119054
earthur@wickersmith.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 16, 2019, a true and correct copy of the foregoing was furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filling to all counsel of record.

/s/ Ethan A. Arthur
Ethan A. Arthur, Esquire
Florida Bar No.119054
earthur@wickersmith.com