## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 0:19-CV-60768

FRANCIS TORRES,

      Plaintiff,

v.

CONTOURE LASER BODY SCULPTING
& COSMETIC CENTER, LLC,

      Defendant.

_____/

### NOTICE OF PENDING SETTLEMENT

Plaintiff FRANCIS TORRES, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

      Dated: September 13, 2019

                              Respectfully Submitted,

                              /s/ Jibrael S. Hindi                          .
                              **JIBRAEL S. HINDI, ESQ.**
                              Florida Bar No.: 118259
                              E-mail:    jibrael@jibraellaw.com
                              **THOMAS J. PATTI, ESQ.**
                              Florida Bar No.: 118377
                              E-mail:    tom@jibraellaw.com
                              The Law Offices of Jibrael S. Hindi
                              110 SE 6th Street, Suite 1744
                              Fort Lauderdale, Florida 33301
                              Phone:      954-907-1136
                              Fax:         855-529-9540

                              *COUNSEL FOR PLAINTIFF*

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on September 13, 2019, the forgoing was electronically via

the Court's CM/ECF system on all counsel of record.

                         /s/ Jibrael S. Hindi                        .
                         **JIBRAEL S. HINDI, ESQ.**
                         Florida Bar No.: 118259

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com