UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60768-CIV-ALTMAN/Hunt

**FRANCIS TORRES**,

    **Plaintiff**,

v.

**CONTOURE LASER BODY SCULPTING
& COSMETIC CENTER, LLC**,

    **Defendant**.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Plaintiff's Notice of Pending Settlement [ECF No. 32]. The Court, having carefully reviewed the record and being otherwise fully advised, hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of this Order.

2. If the parties fail to complete the expected settlement, either party may ask the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of September 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record