UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:19-cv-60768

FRANCIS TORRES,

    Plaintiff,

v.

CONTOURE LASER BODY SCULPTING & COSMETIC CENTER, LLC,

    Defendant.

_____/

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff FRANCIS TORRES and Defendant CONTOURE LASER BODY SCULPTING & COSMETIC CENTER, LLC, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendant shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

    DATED: September 21, 2019

| | |
|---|---|
| /s/ Jibrael S. Hindi | /s/ Ethan Alexander Arthur |
| **JIBRAEL S. HINDI, ESQ.** | Ethan Alexander Arthur |
| Florida Bar No.: 118259 | **ETHAN ALEXANDER ARTHUR, ESQ.** |
| E-mail:jibrael@jibraellaw.com | Email: earthur@wickersmith.com |
| **THOMAS J. PATTI, ESQ.** | Florida Bar No: 119054 |
| Florida Bar No.: 118377 | **JORDAN SCOTT COHEN, ESQ.** |
| E-mail:tom@jibraellaw.com | Email: jcohen@wickersmith.com |
| The Law Offices of Jibrael S. Hindi | Florida Bar No: 551872 |
| 110 SE 6th Street, Suite 1744 | Wicker Smith O'Hara McCoy and Ford, P.A. |
| Fort Lauderdale, Florida 33301 | 100 North Tampa Street, Suite 1800 |
| Phone: 954-907-1136 | Tampa, Florida 33602 |
| Fax:   855-529-9540 | Phone: (813) 222-3939 |
| *COUNSEL FOR PLAINTIFF* | Fax: (813) 222-3938 |
| | *COUNSEL FOR DEFENDANT* |